DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
Telephone: (916) 447-1193
E-Mail: DwightSamuelAtty@Yahoo.com

Attorney for Defendant
OSCAR SANTANA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:04-cr-00389-MCE |
| Plaintiff, ) | |
| v. ) | REQUEST FOR ORDER AND ORDER EXONERATING BOND |
| OSCAR SANTANA, ) | |
| Defendant. ) | |

On or about October of 2004, a $200,000 appearance bond, secured by a deed against the two real properties owned by Ramon Santana and Maria Santana, and Maria Santana's $70,000 IRA was posted on behalf of Oscar Santana.  Oscar Santana was sentenced on October 5, 2007and is presently in custody.

It is hereby requested that the $200,000.00 secured appearance bond be exonerated and a reconveyance for 9 Tennessee Drive, Woodland, CA, 95695 and 465 Ford Ave, Gridley, CA, 95948 be executed.

| | |
|---|---|
| Dated: August 21, 2008 | Respectfully submitted, |

/S/Dwight M. Samuel
Dwight M. Samuel
Attorney for Defendant

IT IS HEREBY ORDERED that the bail bond in the amount of $200,000.00 posted by Ramon Santana and Maria Santana and secured by two Deeds of Trust and an IRA is hereby exonerated and a reconveyance be done on both properties.

Dated: August 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE